UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LUIS OLAGE,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE COUNTY, County at State of South Dakota in individual and official capacity; KELLIE WASKO, Secretary at Department of Corrections in individual and official capacity; ALEX REYES, Warden at Mike Durfee State Prison in individual and official capacity; DEB EILERS, Unit Captain at Mike Durfee State Prison in individual and official capacity; TAMMY DOYLE, Corrections Specialist at Mike Durfee State Prison in individual and official capacity; CORY NELSON, Behavioral Health Coordinator at Mike Durfee State Prison in individual and official capacity; JOE CARDA, Mental Health Counselor at Mike Durfee State Prison, in individual and official capacity; JEFFREY NIXON, Associate Warden at Mike Durfee State Prison in individual and official capacity; TROY PONTO, Associate Warden at South Dakota State Penitentiary in individual capacity and official capacity; TABITHA BENTING, Associate Warden at South Dakota State Penitentiary in individual and official capacity; CORPORAL FRASER, Corporal at South Dakota State Penitentiary in individual capacity and official capacity; CORPORAL WILLIAMS, Corporal at South Dakota State Penitentiary in individual and official capacity; JESSICA COOK, Associate Warden at South Dakota State Prisons in individual and official capacity; LIEUTENANT FEDT, Lieutenant at South Dakota State Penitentiary in individual capacity and official capacity; C.O. SCOTT, Correctional Officer at South Dakota State Penitentiary in individual capacity and official capacity; BENJAMIN | 4:24-CV-04135-RAL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

| | |
|---|---|
| MOORE, Correctional Officer at South Dakota State Penitentiary in individual and official capacity; C.O. MEYERS, Correctional Officer at Mike Durfee State Prison in individual and official capacity; CORPORAL FUNK, Corporal at Mike Durfee State Prison in individual and official capacity; AMBER PIRRAGLIA, Director of Prisons at South Dakota Department of Corrections in individual and official capacity; and DAN SASTAK, Unit Captain at Mike Durfee State Prison in individual and official capacity,<br><br>Defendants. | |

Plaintiff, Luis Olage, an inmate in the custody of the South Dakota Department of Corrections, filed a pro se lawsuit under 42 U.S.C. § 1983. Docs. 1, 15. On September 11, 2026, the Court issued an Opinion and Order Granting Defendants' Motion for Summary Judgment and entered a Final Judgment of Dismissal. Docs. 79, 80. Olage filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit from the Court's September 11, 2026 Final Judgment of Dismissal. Doc. 82. Olage moves for leave to proceed in forma pauperis on appeal, Doc. 83, and the Court has received his prisoner trust account report, Doc. 84.

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who "files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). This obligation arises "the moment the prisoner . . . files an appeal." Henderson v. Norris, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) (omission in original) (quoting In re Tyler, 110 F.3d 528, 529–30 (8th Cir. 1997)). "[W]hen an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan." Id. (quoting McGore v. Wrigglesworth, 114 F.3d 601, 604 (6th Cir.

1997)). "[P]risoners who appeal judgments in civil cases must sooner or later pay the appellate filing fees in full." Id. (citing Newlin v. Helman, 123 F.3d 429, 432 (7th Cir. 1997)).

In Henderson, the United States Court of Appeals for the Eighth Circuit outlined "the procedure to be used to assess, calculate, and collect" appellate filing fees in compliance with the PLRA. Id. First, the Court must determine whether the appeal is taken in good faith. Id. at 485 (citing 28 U.S.C. § 1915(a)(3)). Then, so long as the prisoner has provided the Court with a certified copy of his prisoner trust account, the Court must "calculate the initial appellate partial filing fee as provided by § 1915(b)(1), or determine that the provisions of § 1915(b)(4) apply." Id. The initial partial filing fee must be 20 percent of the greater of:

(A) the average monthly deposits to the prisoner's account; or

(B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

28 U.S.C. § 1915(b)(1).

A party permitted to proceed in forma pauperis in the district-court action may proceed in forma pauperis on appeal without further authorization unless the district court "certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis[.]" Fed. R. App. P. 24(a)(3). It appears that Olage's appeal is taken in good faith. Olage's prisoner trust account report shows an average monthly deposit of $85.19 and an average monthly balance of $12.24. Doc. 84. Based on the information in Olage's prisoner trust account report, the Court grants Olage leave to proceed in forma pauperis on appeal and waives his initial partial filing fee under 28 U.S.C. § 1915(b)(4) because the initial partial fee exceeds the current balance in Olage's prisoner trust account.

Thus, it is

ORDERED that Olage's motion for leave to proceed in forma pauperis on appeal, Doc. 83, is granted, and the initial partial filing fee is waived under 28 U.S.C. § 1915(b)(4). It is further

ORDERED that the Clerk of Court will send a copy of this Order to the appropriate financial officer at Olage's institution. It is finally

ORDERED that the institution having custody of Olage is directed that whenever the amount in Olage's trust account, exclusive of funds available to him in his frozen account, exceeds $10.00, monthly payments that equal 20 percent of the funds credited the preceding month to Olage's trust account shall be forwarded to the U.S. District Court Clerk's Office under 28 U.S.C. § 1915(b)(1), until the $605 appellate filing fee is paid in full.

DATED this 7th day of October, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE